UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:97-cr-248-T-24

RICARDO TABORDA

_____/

## ORDER

This cause comes before the Court on Defendant Taborda's Request for a Certificate of Appealability. (Doc. No. 179). As explained below, the motion is denied.

On June 26, 1997, Defendant was indicted for conspiracy to possess with intent to distribute five or more kilograms of cocaine. (Doc. No. 22). He went to trial, and a jury found him guilty. (Doc. No. 94). On March 5, 1998, the Court sentenced him to 262 months of imprisonment. (Doc. No. 104). Defendant appealed, and the Eleventh Circuit affirmed his conviction and sentence. (Doc. No. 134).

Thereafter, Defendant moved for a reduction in his sentence, and the Court denied the motion. (Doc. No. 139). He also filed a § 2255 motion seeking relief, and the Court denied that motion on November 14, 2000. (Doc. No. 149). Defendant appealed this Court's denial of his § 2255 motion, and the Eleventh Circuit terminated his appeal due to his failure to make the requisite showing for a certificate of appealability. (Doc. No. 158, 159).

On November 24, 2003, Defendant moved to reopen his § 2255 motion, and this Court denied the motion to reopen on December 1, 2003. (Doc. No. 163). On August 10, 2005, Defendant filed another § 2255 motion, which this Court denied as successive on August 11, 2005. (Doc. No. 171).

Later, on February 25, 2010, Defendant filed a motion that the Court construed as a request to advise him as to the type of motion that he should file in order to obtain relief from his conviction based on the Supreme Court's decision in Melendez-Diaz v. Massachusetts, 129 S.

Ct. 2527 (2009). This Court denied the motion. (Doc. No. 174). Thereafter, he filed a motion for reconsideration, which this Court denied on April 9, 2010. (Doc. No. 177). On April 29, 2010, Defendant filed a notice of appeal of this Court's April 9, 2010 order denying reconsideration. (Doc. No. 178).

In the instant motion, Defendant requests a certificate of appealability. However, he has not shown that there is a basis for a certificate of appealability, and as such, the motion is denied.

Accordingly, Defendant Taborda's Request for a Certificate of Appealability (Doc. No. 179) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record